February 13, 2023

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

    Re:    <u>United States v. Mark Ross. Case No. 21-CR-193 (KAM)</u>

Dear Judge Matsumoto:

I'm submitting this letter on behalf of and in support of Mark Ross. My name is Madeline Ross and I am Mark's first child. I am a phlebotomist and I will be starting nursing school in August of 2023.

From a young age my father taught me to be a loving, kind, and compassionate human being. Looking back, when I was just a little girl, around 7 or 8 years old, my father and I were walking in a shopping center and we saw a homeless person on the street. I remember seeing a blanket and pillow on the sidewalk and asking my father why does that person sleep outside and how come they don't have any money so they have to ask people that are walking by for spare change. He explained to me that there are many people in this world less fortunate than we were and that they need some extra help sometimes, as he handed the man some money. I vividly remember my father telling me that if I am blessed to have something that it is always important to share with others and to always treat everyone with kindness and respect. My father showed me this by way of example. He's the kind of person to give someone the shirt off his back. And his selfless and loving personality has played a pivotal role in the human being I am today.

It isn't hard for me to describe the wonderful human being that my father, Mark Ross, is because in all honesty, he's the greatest person I know. With that being said, this has to be one of the most difficult letters I have ever had to write. I know words are futile devices as they have the ability to fall short and/or potentially unable to do justice when describing a person's character but I will do my absolute best to describe the altruistic, loving, kind, and selfless human being that my father truly is.

Ever since I can remember, my father has worked his entire life. Growing up, I remember seeing him go to work every morning to support our family and coming home every evening only to be an amazing husband and the best father. He wanted to give my mother, my siblings, and me the best possible life by being able to always take care of us and he took that responsibility very seriously. He has always carried the weight of the world on his shoulders.

I'm currently 33 years old and the oldest of four children. I have two younger sisters and a brother, who is the youngest of the four of us. If it isn't hard enough already having four children to support, my family has gone through quite the roller coaster ride, having to face multiple hardships, including the devastation of me being diagnosed with stage 3b/4 Hodgkin's Lymphoma at age 16. My mother and father wanted me to have the best possible care so we uprooted our family from Florida to New York so I could be treated at one of most prestigious cancer centers in the world, Sloan Kettering Cancer Center in New York City. Thankfully, I recovered after a year of an intense regimen of chemotherapy and radiation. I've been in remission ever since. My mother was a complete mess, which she could not help but show, and now looking back, it would be naïve of me to think that my father wasn't too, having to watch his little girl battle in a fight for her life with cancer, but no matter what, my father was the one who put on a brave face for my family and me because he was the glue that kept us all together and united. It is truly an understatement when I say that he was my rock during this extremely difficult time in my life. Even though I was deeply afraid, he always made me feel safe and that everything was going to be okay which motivated me to continue to fight and never give up. All the while my father still worked in order to financially support our family and afford my treatment.

My dad goes out of his way to help around the house especially with my mentally ill sister. He plays a pivotal role in the care of my mentally ill sister, Karlie, who was diagnosed with schizoaffective disorder at age 18. When this happened, it was a very detrimental time for everyone in the family but especially my parents because now they had another daughter that they had to move mountains for in order to take care of her and maintain her safety. Karlie, well, run off and go with strangers, and sometimes would go missing for days at a time until someone in the family would find her if she would show up. Karlie spent 6 years in a mental institution and was a ward of the state until she was finally released. It had been my father's mission to get Karlie out of the mental facility even if it was the last thing he could do. Once she was released a few years ago it was a common understanding that she needed 24/7 supervision and my father plays a very instrumental role in the daily care of my sister. My mother and father both take care of my sister but my father is her main caretaker. He dispenses her medications, drives her to her outpatient programs and supervises her on a daily basis to make sure she does not get herself into any trouble.

And if that wasn't enough, my father has had to watch me battle my own demons shortly after I beat cancer. I started to spiral out of control due to my drug addiction. I had a decade-long battle with heroin and fentanyl, and my father, helpless, has had to watch me from the sidelines once again, battle and fight for my life. I've overdosed five times in my life and in the past year ended up in the hospital on life-support due to this terrible disease. There's only so much a human being can take before they break, and my father has endured so much worrying about his children, and with Karlie's and my case worrying about our lives and whether or not we were going to live or die. I remember one day my father told me he would wake up in the middle of the night on multiple occasions, having a panic attack; shaking and out of breath because he would experience reoccurring nightmares of seeing my lifeless body on that metal table in the morgue because he was deeply concerned that I was going to eventually end up dead. But that's the thing, no

matter what he told me and despite all of his efforts to save me, unfortunately I had to face this on my own and save myself. My family has been through so much and I'm not excusing my father's behavior in regards to the crime he has committed, but I kindly ask your honor to please consider the uphill battle that my father has had to trudge and walk through. He has so much regret for what he has done yet he still holds on and hasn't given up. I wish I could take his place. I really don't want my father to have to not only continue to live in his personal prison centered in his mind, but physically sentenced to one as well.

When the COVID pandemic hit, it was during this period of time that my father really began demonstrating behaviors which led me to believe he was dealing with undiagnosed and untreated mental illness, which we later found out to be the case when he was clinically diagnosed Bipolar Disorder. I remember around the time when the crime he had committed had taken place that he was not in a mentally healthy state of mind. He had episodes where he was extremely manic for a week or so, which was followed by a few weeks of when he was extremely low and could not get out of bed. My father has had ups and downs throughout his life but never to this extent have I witnessed such extreme behavior from my father in that capacity. And eventually, the combination of his mental illness with the tremendous guilt of his crime began to weigh on him tremendously which was the ultimate catalyst for him turning to other substances. After going to a rehabilitation facility my father has been clean for 15 months now.

My father has made mistakes in his life just like we all have just being a part of the human experience. When he spoke to me about the crime he committed he has voiced the relentless guilt and remorse he feels for having participating in such an awful thing. He is filled with regret and embarrassment. With that being said, it is mind blowing for me to imagine my father being punished with a potential sentence of being incarcerated. If my father is sentenced to prison, in my opinion, it will only hinder any sort of rehabilitation. And on the contrary, it will likely cause him to regress into a worse mental state than he is already currently in. My father has suffered enough during the last 2.5 years of being in this mental purgatory awaiting this to come to an end. And living with all this shame and embarrassment about what happened. I would kindly ask your honor to please take all of this significant information into account and be merciful when sentencing my father. I love him so very much and he continues to be an asset and play a very important role in my family today. Thank you Judge Matsumoto as I truly appreciate you taking the time to read my letter and consider its contents.

Respectfully submitted,

Madeline Ross